419 A.2d 185

Commonwealth v. Wherry, Appellant.

Submitted October 26, 1978. Dennis R. Govachini, Assistant Public Defender; Gerard Long, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

419 A.2d 185

Bankosh v. Yates, Appellant.

Argued April 9, 1979. H. Reginald Belden, Jr., for appellant; Dante G. Bertani, appellee.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

Order affirmed.